

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00149-CR

Christopher Timmy **BRADY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 556329
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: April 29, 2020

DISMISSED FOR LACK OF JURISIDICTION

On March 4, 2020, appellant filed both a Notice of Appeal and a Notice of Appeal from Negotiated Plea. In general, we have jurisdiction to consider an appeal in a criminal case only where there has been a final judgment of conviction. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *Sanchez v. State*, 340 S.W.3d 848, 849 (Tex. App.—San Antonio 2011, no pet.). "The courts of appeals do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law." *Apolinar*, 820 S.W.2d at 794. Additionally, we

must dismiss a criminal appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record[.]" TEX. R. APP. P. 25.2.

Here, the clerk's record does not contain a judgment of conviction or other appealable order or a certification of defendant's right of appeal. On March 13, 2020, we ordered appellant to file a response showing cause why this appeal should not be dismissed for lack of jurisdiction by April 13, 2020. Appellant did not respond to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH